# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Humrickhouse, Stephani W. | Bankruptcy Court - Eastern District of North Carolina | 12/06/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Court (FT) | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Second Floor
300 Fayetteville Street
Raleigh, NC 27601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Campbell University School of Law, Board of Visitors |
| 2. | Board Member | North Carolina Museum of History Associates |
| 3. | Executrix | Estate #1 |
| 4. | Trustee | Trust #1 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 12/06/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | FMI Corp W-2 |
| 2. | 2020 | FMI Corp 1099 |
| 3. | 2020 | SSA 1099 |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 12/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 12/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Am. Equity Inv. Life Ins. Co. Flex. Prem. Deferred Ann | D | Interest | M | T | | | | | |
| 2. Fidelity Capital Appreciation Fund | A | Dividend | L | T | | | | | |
| 3. Etrade Brokerage Acct (H) | | | | | | | | | |
| 4. --ABBVIE, INC. (ABBV) | A | Dividend | J | T | Buy | 10/20/20 | J | | |
| 5. --Apache | A | Dividend | | | Buy | 10/30/20 | J | | |
| 6. | | | | | Sold | 11/12/20 | J | B | |
| 7. --Apple Inc. (AAPL) | A | Dividend | J | T | Buy (add'l) | 08/31/20 | J | | |
| 8. | | | | | Buy (add'l) | 09/20/20 | J | | |
| 9. --Blackstone Mortgage Tr. (BXMT) | B | Dividend | K | T | Buy (add'l) | 05/18/20 | J | | |
| 10. --Carrier | | | | | Buy | 04/07/20 | J | | |
| 11. | | | | | Sold | 05/29/20 | J | A | |
| 12. --Energy Transfer LP (ET) | A | Dividend | J | T | Buy (add'l) | 07/21/20 | J | | |
| 13. --Enterprise Products Partners, LP (EPD) | A | Dividend | J | T | Buy (add'l) | 04/27/20 | J | | |
| 14. --EWJ | A | Dividend | K | T | | 05/29/20 | | | |
| 15. | | | | | Sold | 06/03/20 | K | | |
| 16. --FIEE (UBS AG London ETN) | | None | J | T | | 05/29/20 | | | |
| 17. | | | | | Sold | 06/03/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 12/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --IEV I Shares Europe ETF | B | Dividend | | | | 05/29/20 | | | |
| 19. | | | | | Sold | 06/03/20 | K | B | |
| 20. --Invesco Exchange Traded Fund S&P 500 Top 50 (XLG) | A | Dividend | K | T | | | | | |
| 21. --Invesco Exe. Tr. (KBWP) | A | Dividend | K | T | | | | | |
| 22. --Invesco QQQ (QQQ) | A | Dividend | M | T | | | | | |
| 23. --ishares Global Tech (IXN) | A | Dividend | L | T | | 05/29/20 | | | |
| 24. --ishares MBS ETF (MBB) | A | Dividend | K | T | | 05/29/20 | | | |
| 25. --iShares S&P Midcap ETF (IJH) | A | Dividend | L | T | | | | | |
| 26. --iShares S&P Small Cap ETF (IJR) | A | Dividend | L | T | | | | | |
| 27. --ishares Short Term National Muni Bond ETF (SUB) | A | Dividend | L | T | Buy (add'l) | 08/17/20 | L | | |
| 28. | | | | | Buy (add'l) | 08/31/20 | K | | |
| 29. | | | | | Sold (part) | 08/31/20 | J | | |
| 30. | | | | | Sold (part) | 09/02/20 | J | | |
| 31. | | | | | Sold (part) | 09/10/20 | J | | |
| 32. | | | | | Sold (part) | 10/08/20 | K | | |
| 33. --IXP | A | Dividend | | | | 05/29/20 | | | |
| 34. | | | | | Sold | 06/03/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 12/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   --Oneok Inc. (OKE) | A | Dividend | J | T | Buy<br>(add'l) | 05/15/20 | J | | |
| 36.   --OTIS | | None | | | Buy | 04/07/20 | J | | |
| 37. | | | | | Sold | 04/14/20 | J | A | |
| 38.   --Pershing Square Ltd Public C Class USD Reg (PSHZF) | A | Dividend | J | T | Buy | 10/19/20 | J | | |
| 39.   --Raytheon Tech Corp (RTX) | A | Dividend | J | T | | | | | |
| 40.   --RTX | | | | | Buy | 04/07/20 | J | | |
| 41.   --SPDR Bloomberg Barclays High Yield Bond ETF (JNK) | A | Dividend | K | T | | | | | |
| 42.   --SPDR Nuveen Bloomberg Barclays Muni Bond ETF (TFI) | A | Dividend | K | T | | | | | |
| 43.   --SPDR S&P Small Capital Growth ETF (SLYG) | A | Dividend | J | T | | | | | |
| 44.   --SPDR Trust Consumer Staples ETF (XLP) | A | Dividend | K | T | | | | | |
| 45.   --SPDR Trust Healthcare (XLV) | A | Dividend | L | T | | | | | |
| 46.   --United Tech (UTX) | A | Dividend | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 47. | | | | | Distributed | 04/07/20 | K | | split:<br>RTX,OTIS,Carrier |
| 48.   --Vanguard Emerging Mkts ETF (VWO) | A | Dividend | J | T | | | | | |
| 49.   --Wisdomtree Trust Emerging Mkts High Div Fund (DEM) | A | Dividend | J | T | Buy<br>(add'l) | 08/24/20 | J | | |
| 50.   Etrade (H) IRA Rollover | | | | | | | | | |
| 51.   --Advance Micro Devices (AMD) | | None | | | Buy | 03/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 12/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold | 03/26/20 | J | B | |
| 53. --Alternative Harvest ETF (MJ) | | None | | | Buy | 07/21/20 | J | | |
| 54. | | | | | Sold | 07/28/20 | J | | |
| 55. --Apple (AAPL) | A | Dividend | J | T | Buy<br>(add'l) | 09/04/20 | J | | |
| 56. | | | | | Buy<br>(add'l) | 09/21/20 | J | | |
| 57. --AT&T (T) | A | Dividend | J | T | Buy<br>(add'l) | 05/15/20 | J | | |
| 58. --Bruker (BRKR) | A | Dividend | J | T | Buy<br>(add'l) | 02/25/20 | J | | |
| 59. --Chemours Co. (CC) | A | Dividend | J | T | Buy<br>(add'l) | 08/25/20 | J | | |
| 60. --Duluth Holdings (DLTH) | | None | | | Sold | 06/11/20 | J | A | |
| 61. --Energy Transfer (ET) | A | Dividend | J | T | Buy<br>(add'l) | 07/21/20 | J | | |
| 62. --Exxon Mobile (XOM) | A | Dividend | J | T | Buy<br>(add'l) | 10/20/20 | J | | |
| 63. --Genmab (GMAB) | | None | J | T | | | | | |
| 64. --Hon Hai Precision (HNHPH) | A | Dividend | J | T | Buy<br>(add'l) | 01/13/20 | J | | |
| 65. | | | | | Buy<br>(add'l) | 02/13/20 | J | | |
| 66. --Hewlett Packard (HPE) | A | Dividend | | | Buy | 08/11/20 | J | | |
| 67. | | | | | Sold | 10/08/20 | J | | |
| 68. --Intel (INTC) | A | Dividend | J | T | Buy<br>(add'l) | 08/25/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Humrickhouse, Stephani W.** | 12/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Invesco (QQQ) | A | Dividend | | | Buy (add'l) | 03/24/20 | K | | |
| 70. | | | | | Sold | 06/23/20 | K | B | |
| 71. --Invesco Exc. Tr. Dynamic LargeCap (PWB) | A | Dividend | K | T | Buy (add'l) | 03/16/20 | J | | |
| 72. --Invitae Corp. (HVTA) | | None | | | Buy | 03/24/20 | J | | |
| 73. | | | | | Sold (part) | 08/20/20 | J | | |
| 74. | | | | | Sold | 12/15/20 | J | B | |
| 75. --Luckin Coffee (LKNCY) | | None | J | T | Buy (add'l) | 04/21/20 | J | | |
| 76. --NeoGenomics (NEO) | | None | J | T | | | | | |
| 77. --Novocure (NVCR) | A | Dividend | | | Buy | 03/24/20 | J | | |
| 78. | | | | | Sold | 12/22/20 | J | C | |
| 79. --Overstock (OSTK) | | None | | | Sold | 01/09/20 | J | A | |
| 80. --Paypal (PYPL) | | None | | | Buy | 03/24/20 | J | | |
| 81. | | | | | Sold | 06/23/20 | J | A | |
| 82. --ProShares S&P 500 Dividend Aris (NOBL) | A | Dividend | K | T | Buy (add'l) | 01/09/20 | J | | |
| 83. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 84. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 85. --ProShares S&P Short (SPXU) | | None | | | Buy | 06/18/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 12/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A — Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B — Income during reporting period | | C — Gross value at end of reporting period | | D — Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 12/09/20 | J | | |
| 87. | | | | | Sold | 12/28/20 | J | | |
| 88. --ProShares UltraPro Short (SQQQ) | | None | | | Buy | 04/13/20 | J | | |
| 89. | | | | | Sold | 10/28/20 | J | | |
| 90. --Sirius XM (SIRI) | A | Dividend | J | T | Buy (add'l) | 04/15/20 | J | | |
| 91. --SPDR S&P 500 ETF (SPY) | A | Dividend | | | Buy | 03/24/20 | L | | |
| 92. | | | | | Sold (part) | 06/22/20 | L | C | |
| 93. | | | | | Sold (part) | 08/25/20 | L | B | |
| 94. | | | | | Sold | 11/18/20 | J | | |
| 95. --Tesla, Inc. (TSLA) | | None | | | Buy | 09/03/20 | J | | |
| 96. | | | | | Buy (add'l) | 09/09/20 | J | | |
| 97. | | | | | Sold | 11/27/20 | J | B | |
| 98. --VanEck Vectors Gold ETF (GDX) | A | Dividend | J | T | Buy (add'l) | 02/05/20 | J | | |
| 99. --Vanguard Health Care ETF (VHT) | A | Dividend | | | Sold | 04/09/20 | J | | |
| 100. --WisdomTree Emerging Markets (DEM) | A | Dividend | J | T | Buy (add'l) | 08/24/20 | J | | |
| 101. Etrade Rollover IRA (H) | | | | | Open | 04/24/20 | O | | |
| 102. --Apache | A | Dividend | | | Buy | 10/30/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 12/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold | 11/02/20 | J | A | |
| 104.  --Apple (AAPL) | A | Dividend | J | T | Buy<br>(add'l) | 09/02/20 | J | | |
| 105.  --ATT (T) | B | Dividend | K | T | Buy<br>(add'l) | 05/15/20 | K | | |
| 106. | | | | | Buy<br>(add'l) | 10/19/20 | J | | |
| 107.  --BAEIX (mutual fund) | D | Dividend | | | Sold | 05/07/20 | N | E | |
| 108.  --BP Capital Twin MLP Fund (BPMAX)<br>Name Change (HMSFX) | A | Dividend | | | Sold | 05/06/20 | J | | |
| 109.  --Cullen High Div. Equity Classic (CHDEX) | D | Dividend | | | Sold | 05/04/20 | M | D | |
| 110.  --Enterprise Product (EPD) | A | Dividend | J | T | Buy<br>(add'l) | 05/15/20 | J | | |
| 111.  --Federated Treasury Fund (cash acct) | A | Interest | O | T | | | | | |
| 112.  --Genmab (GMAB) | | None | J | T | Buy<br>(add'l) | 11/27/20 | J | | |
| 113. | | | | | Buy<br>(add'l) | 12/28/20 | J | | |
| 114.  --Ishares Trus 1-5 yr (IGSB) | D | Dividend | M | T | Buy<br>(add'l) | 08/14/20 | M | | |
| 115.  --Pershings Square Holdings (PSHZF) | A | Dividend | J | T | Buy<br>(add'l) | 10/29/20 | J | | |
| 116.  --Vanguard Value ETF (VTV) | B | Dividend | | | Sold | 05/28/20 | M | C | |
| 117.  Edward Jones Joint - 1 (H) | | | | | Closed | 05/29/20 | O | | |
| 118.  Edward Jones IRA #1 (H) | | | | | | | | | |
| 119.  --AT&T (T) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 12/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  --Cash Account | A | Interest | J | T | | | | | |
| 121.  --Conoco Phillips (CON) | A | Dividend | J | T | | | | | |
| 122.  --Johnson & Johnson (JNJ) | A | Dividend | K | T | | | | | |
| 123.  --Invesco Exc. Traded Lg Cap (PWB) | A | Dividend | J | T | | | | | |
| 124.  --Proshares S&P 500 Div Anst (NOBL) | A | Dividend | J | T | | | | | |
| 125.  Edward Jones IRA #2 (H) | | | | | | | | | |
| 126.  --Edward Jones Cash Account | A | Interest | J | T | | | | | |
| 127.  --NOBL (Proshares S&P 500 Div Anst) | A | Dividend | J | T | | | | | |
| 128.  --PWB (Invesco Exc. Traded Lg. Cap) | A | Dividend | J | T | | | | | |
| 129.  --Spyder Energy ETF (XLE) | A | Dividend | J | T | | | | | |
| 130.  Edward Jones Single One (H) | | | | | | | | | |
| 131.  --American Funds (TAIAX) | A | Dividend | L | T | | | | | |
| 132.  --Edward Jones Cash Account | A | Interest | J | T | | | | | |
| 133.  --Lincoln Life Ins. - Fixed | | None | L | T | | | | | |
| 134.  --NC Med Care Comm Bond | C | Interest | M | T | | | | | |
| 135.  --Prudential Prem. Ret. Contract Annuity | | | | | | | | | |
| 136.  --- AST Capital Growth Asset Allocation | A | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,000 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Humrickhouse, Stephani W.** | 12/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. ---AST Prudential Growth Allocation | A | Dividend | K | T | | | | | |
| 138. ---AST Advanced Strategies Portfolio | A | Dividend | K | T | | | | | |
| 139. ---AST J.P. Morgan Global Thematic | A | Dividend | K | T | | | | | |
| 140. --Raleigh Durham Airport Bond | A | Interest | | | Redeemed | 05/01/20 | K | | |
| 141. Edward Jones Single 4 (H) | | | | | | | | | |
| 142. --Edward Jones Cash Account (backed by PNC) | A | Interest | J | T | | | | | |
| 143. --Amazon (AMZN) | | None | K | T | | | | | |
| 144. --AT&T (T) | A | Dividend | J | T | Buy<br>(add'l) | 05/20/20 | J | | |
| 145. | | | | | Buy<br>(add'l) | 10/21/20 | J | | |
| 146. --Danaher (DHR) | A | Dividend | K | T | | | | | |
| 147. --DollarGen (DG) | A | Dividend | K | T | | | | | |
| 148. --Exxon Mobile (XOM) | A | Dividend | | | Sold | 04/16/20 | K | | |
| 149. --Invesco (XMLV) S&P Midcap Low Volatility | A | Dividend | J | T | Sold<br>(part) | 10/22/20 | J | A | |
| 150. --Invesco Exc Tr. Dynamic (PWB) Large Cap Growth | A | Dividend | J | T | | | | | |
| 151. --Ishares (DGRO) Core Dividend Growth | A | Dividend | K | T | | | | | |
| 152. --Ishares Nasdaq Biotech (IBB) | A | Dividend | K | T | | | | | |
| 153. --Ishares Financial Sector Index Fund (IYF) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Humrickhouse, Stephani W.** | 12/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  --JP Morgan Chase (JPM) | A | Dividend | K | T | | | | | |
| 155.  --Microsoft (MSFT) | A | Dividend | K | T | | | | | |
| 156.  --Proshares S&P 500 Div Arist ETF (NOBL) | A | Dividend | J | T | | | | | |
| 157.  --Schwab US Small Cap ETF (SCHA) | A | Dividend | J | T | | | | | |
| 158.  --Spyder Cons Staples ETF (XLP) | A | Dividend | J | T | | | | | |
| 159.  --SPDR Industrials ETF (XLI) | A | Dividend | K | T | | | | | |
| 160.  --SPDR Materials Select ETF (XLB) | A | Dividend | J | T | | | | | |
| 161.  --SPDR Tech ETF (XLK) | A | Dividend | K | T | Sold (part) | 12/10/20 | J | A | |
| 162.  --Spyder Utilities (XLU) | A | Dividend | J | T | | | | | |
| 163.  --Target (TGT) | A | Dividend | | | Sold | 04/16/20 | J | A | |
| 164.  --Verizon (VZ) | A | Dividend | J | T | | | | | |
| 165.  Equitable Life Insurance (cash value) (H) | A | Dividend | L | T | | | | | |
| 166.  --Charter Small Cap Value | A | Dividend | J | T | | | | | |
| 167.  --Eq/500 Managed Volatility | A | Dividend | J | T | | | | | |
| 168.  --Eq/Commom Stock Index | A | Dividend | K | T | | | | | |
| 169.  --Eq/Large Cap Value Managed Volatility | A | Dividend | J | T | | | | | |
| 170.  --Guaranteed Interest Acct. | A | Interest | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Humrickhouse, Stephani W.** | 12/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  --Multimanager Mid-Cap Growth | A | Dividend | J | T | | | | | |
| 172.  Equitable: Structured Capital Strategies Plus IRA (H) | | | | | | | | | |
| 173.  --MSCI EAFE ETF; 6 yr - 10% Buffer | A | Dividend | J | T | Buy (add'l) | 03/30/20 | J | | |
| 174.  --MSCI EAFE ETF; 6 yr - 20% Buffer | A | Dividend | J | T | Buy (add'l) | 03/30/20 | J | | |
| 175.  --Russell 2000; 6 yr - 10% Buffer | A | Dividend | K | T | Buy (add'l) | 03/30/20 | K | | |
| 176.  --Russell 2000; 6 yr - 20% Buffer | A | Dividend | J | T | Buy (add'l) | 03/30/20 | J | | |
| 177.  --S&P 500; 6 yr-10% Buffer | A | Dividend | L | T | Buy (add'l) | 03/30/20 | L | | |
| 178.  --S&P 500; 6 yr - 20% Buffer | A | Dividend | K | T | Buy (add'l) | 03/30/20 | K | | |
| 179.  Alpine 4 Technologies Ltd (Held by V-Stock Transfer) | | None | J | T | | | | | |
| 180.  AXA Equitable Advisors now Equitable (H) | | | | | | | | | |
| 181.  --JP Morgan CD 48128FAXO | B | Interest | M | T | | | | | |
| 182.  --JP Morgan CD 48126Y7K3 | A | Interest | K | T | | | | | |
| 183.  --JP Morgan CD 48126Y7L1 | B | Interest | L | T | | | | | |
| 184.  --JP Morgan CD 48126Y7N7 | A | Interest | K | T | | | | | |
| 185.  --Cash Acct - Discover | A | Interest | J | T | | | | | |
| 186.  --Delaware Life Annuity - Fixed | C | Interest | M | T | | | | | |
| 187.  Bank of America Account | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 12/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  Durham Arvin Partnership | | None | L | W | | | | | |
| 189.  GV Crabtree Partnership | | None | M | W | Buy | 11/15/20 | M | | |
| 190.  Hennion & Walsh (H) | | | | | | | | | |
| 191.  --Cash | A | Interest | J | T | | | | | |
| 192.  --Buck City PA IDA Hospital Rev; St Lukes Universal Health | B | Interest | L | T | | | | | |
| 193.  --Greater Quachita Wtr. Co. Inc; LA Waterworks & Swr Sys Rev (RFDG) | A | Interest | K | T | | | | | |
| 194.  --High Point Combined Enterprise Sys Rev Ref | A | Interest | K | T | | | | | |
| 195.  --Lauderdale City AL; AgntevHure Ctr Auth SPL Tax Bonds Rev | A | Interest | K | T | | | | | |
| 196.  --Univ. NC Gen Rev School of Arts | A | Interest | K | T | Buy | 06/03/20 | K | | |
| 197.  Janney, Montgomery, Scott | | | | | Closed | 04/24/20 | O | | |
| 198.  Merrill Lynch Wealth Management - CMA #1 (H) | | | | | | | | | |
| 199.  --Acadia Pharm (ACAD) | | None | J | T | Buy | 08/24/20 | J | | |
| 200.  --Eli Lilly (LLY) | A | Dividend | K | T | Sold (part) | 05/14/20 | J | D | |
| 201.  --Intel (INTC) | A | Dividend | K | T | | | | | |
| 202.  --Merrill Lynch Bank Deposit Program (cash) | A | Interest | J | T | | | | | |
| 203.  --Powershares Variable Rate (VRP) (Irnesco) | B | Dividend | K | T | | | | | |
| 204.  Merrill Lynch Wealth Management - CMA #2 Preferred Stock Acct (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Humrickhouse, Stephani W.** | 12/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  --ALLSTATE CORP. Preferred Stock (ALLPRA) CD | A | Dividend | | | Redeemed | 01/15/20 | J | B | |
| 206.  --Allstate Preferred Stock #1 (ALLPRI) | B | Dividend | K | T | | | | | |
| 207.  --Allstate Preferred Stock #2 (ALLPRH) | B | Dividend | K | T | | | | | |
| 208.  --AT&T Preferred Stock (TPRA) | B | Dividend | K | T | | | | | |
| 209.  --Bank of America Cash Acct. | A | Interest | J | T | | | | | |
| 210.  --Bank of America Preferred Stock #1 (BACPRN) | B | Dividend | K | T | | | | | |
| 211.  --Bank of America Preferred Stock #2 (BACPRM) | C | Dividend | L | T | | | | | |
| 212.  --BlackRockCap All BCAT | B | Dividend | K | T | Buy (add'l) | 09/29/20 | K | | |
| 213.  --Brighthouse Financial (BHFAN) | B | Dividend | K | T | Buy (add'l) | 11/17/20 | K | | |
| 214.  --Bank of America Preferred Dep. Account - Cash | A | Interest | J | T | | | | | |
| 215.  --Duke Energy (DUKPRA) | C | Dividend | L | T | | | | | |
| 216.  --Federal Institution Prime MM (PVOXX) | A | Interest | J | T | | | | | |
| 217.  --First Horizon (FHNPRE) | B | Dividend | K | T | Buy (add'l) | 05/28/20 | K | | |
| 218.  --Goldman Sachs (GSPRL) | B | Dividend | K | T | Buy (add'l) | 08/25/20 | K | | |
| 219.  --JP Morgan Chase Preferred (JPMPRD) | C | Dividend | L | T | | | | | |
| 220.  --Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 221.  --Morgan Stanley Preferred (MSPRK) | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 12/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

[ ] NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. --Nabors Ind (NBRZ3). | B | Interest | K | T | | | | | |
| 223. Merrill Lynch Wealth Management - IRA (H) | | | | | | | | | |
| 224. --Acadia (ACAD) | | None | J | T | Buy (add'l) | 08/25/20 | J | | |
| 225. --Ali Baba (BABA) | | None | J | T | Buy (add'l) | 12/31/20 | J | | |
| 226. --Amazon (AMZN) | | None | K | T | Buy (add'l) | 03/19/20 | K | | |
| 227. --American Airlines | A | Dividend | | | Buy | 01/03/20 | J | | |
| 228. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 229. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 230. | | | | | Sold | 06/18/20 | J | | |
| 231. --American Funds (AMBFX) | A | Dividend | K | T | | | | | |
| 232. --Anheuser Busch (BUD) | A | Dividend | J | T | Buy (add'l) | 03/17/20 | J | | |
| 233. --Apache | A | Dividend | | | Buy | 05/19/20 | J | | |
| 234. | | | | | Buy (add'l) | 06/15/20 | J | | |
| 235. | | | | | Sold (part) | 06/19/20 | J | A | |
| 236. | | | | | Sold | 07/28/20 | J | B | |
| 237. | | | | | Buy | 10/29/20 | J | | |
| 238. | | | | | Sold (part) | 11/12/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Humrickhouse, Stephani W.** | 12/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Sold | 12/01/20 | J | B | |
| 240.  --Bank of America Cash Acct.- | A | Interest | J | T | | | | | |
| 241.  --Bank of America, NA, RASP (FIA Card Svc Cash (11AXX)) | A | Interest | K | T | | | | | |
| 242.  --Best Buy (BBY) | A | Dividend | | | Buy | 03/17/20 | J | | |
| 243. | | | | | Sold | 12/15/20 | J | C | |
| 244.  --BLACK ROCK Res. & Commodities (BCX) | A | Dividend | J | T | | | | | |
| 245.  --Cisco (CSCO) | A | Dividend | J | T | | | | | |
| 246.  --Conoco Phillips (COP) | A | Dividend | J | T | Buy<br>(add'l) | 03/17/20 | J | | |
| 247.  --Disney Co. (DIS) | | None | L | T | Buy<br>(add'l) | 01/16/20 | J | | |
| 248. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 249. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 250.  --Exxon Mobil Corp (XOM) | B | Dividend | J | T | Buy<br>(add'l) | 12/02/20 | J | | |
| 251.  --Federated Ins't Prime MM (PVOXX) (cash acct) | A | Interest | J | T | | | | | |
| 252.  --First Time Preferred | B | Dividend | | | Buy | 01/16/20 | K | | |
| 253. | | | | | Sold | 05/19/20 | K | | |
| 254.  --Intel (INTC) | A | Dividend | | | Sold | 02/27/20 | J | D | |
| 255.  --Int'l Paper (IP) | A | Dividend | J | T | Buy<br>(add'l) | 09/14/20 | J | | |

| 1 | Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 12/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. --Invesco Preferred ETF | A | Dividend | | | Buy | 01/16/20 | K | | |
| 257. | | | | | Sold | 05/19/20 | K | | |
| 258. --Invesco S&P Utility | A | Dividend | | | Sold | 02/28/20 | K | | |
| 259. --ishares 1-5 (IGSB) | A | Interest | J | T | Buy (add'l) | 08/24/20 | K | | |
| 260. | | | | | Sold (part) | 09/14/20 | J | A | |
| 261. --ishares iBoxx (LQD) | A | Interest | K | T | Buy (add'l) | 08/24/20 | K | | |
| 262. --Johnson & Johnson (JNJ) | A | Dividend | K | T | Buy (add'l) | 12/02/20 | J | | |
| 263. --JP Morgan Chase (JPM) | A | Dividend | J | T | Buy (add'l) | 03/17/20 | J | | |
| 264. --Kimberley Clark (KMB) | A | Dividend | J | T | Buy (add'l) | 12/02/20 | J | | |
| 265. --Kinder Morgan | A | Dividend | | | Sold | 02/28/20 | J | | |
| 266. --Las Vegas Sands | A | Dividend | | | Buy | 05/19/20 | J | | |
| 267. | | | | | Sold | 07/21/20 | J | B | |
| 268. --NIO, Inc. (NIO) | | None | J | T | Buy (add'l) | 12/02/20 | K | | |
| 269. --Proctor & Gamble (PG) | A | Dividend | J | T | | | | | |
| 270. --Roche Holdings Ltd (RHHBY) | A | Dividend | J | T | Buy (add'l) | 03/17/20 | J | | |
| 271. --Royal Dutch Shell (RDSB) | A | Dividend | J | T | | | | | |
| 272. --Royal Dutch Shell (RDSA) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 12/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  --Southern Co. | A | Dividend | | | Buy | 03/17/20 | J | | |
| 274. | | | | | Buy<br>(add'l) | 05/19/20 | K | | |
| 275. | | | | | Sold<br>(part) | 10/26/20 | J | B | |
| 276. | | | | | Sold | 11/16/20 | K | B | |
| 277.  --SPDR Corp. Bond ETF | A | Dividend | | | Buy | 08/24/20 | K | | |
| 278. | | | | | Sold | 12/02/20 | K | A | |
| 279.  --SPDR Gold Trust | A | Dividend | | | Buy | 12/02/20 | K | | |
| 280. | | | | | Sold | 12/08/20 | K | B | |
| 281.  --SPDR Tech (XLK) | A | Dividend | | | Sold | 02/27/20 | J | C | |
| 282.  --Vanguard Intm. Term (VCIT) | A | Dividend | K | T | Buy<br>(add'l) | 08/24/20 | K | | |
| 283. | | | | | Sold<br>(part) | 12/02/20 | J | A | |
| 284.  --Verizon (VZ) | A | Dividend | J | T | Buy<br>(add'l) | 01/16/20 | J | | |
| 285.  --Viacom | A | Dividend | | | Buy | 03/17/20 | J | | |
| 286. | | | | | Sold | 06/09/20 | J | C | |
| 287.  --Walmart (WMT) | A | Dividend | J | T | Buy<br>(add'l) | 07/22/20 | J | | |
| 288.  Nationwide Whole Life Insurance | | None | J | T | | | | | |
| 289.  North State Bank Acct | A | Interest | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 12/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  SEI Private Bonds Trust Company | B | Interest | M | T | Buy | 07/01/20 | M | | |
| 291.  Vanguard Rollover IRA (H) | | None | | | | | | | |
| 292.  --Amarin (AMRN) | | None | J | T | Buy (add'l) | 02/05/20 | J | | |
| 293. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 294. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 295.  --Apache (APA) | A | Dividend | | | Buy | 10/30/20 | J | | |
| 296. | | | | | Sold | 11/13/20 | J | B | |
| 297.  --Apple (AAPL) | A | Dividend | K | T | Buy (add'l) | 03/16/20 | J | | |
| 298. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 299. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 300. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 301. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 302.  --ATT (T) | B | Dividend | J | T | Buy (add'l) | 05/15/20 | J | | |
| 303. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 304.  --Bruker (BRKR) | A | Dividend | J | T | Buy (add'l) | 01/29/20 | J | | |
| 305.  --Chemours (CC) | A | Dividend | J | T | Buy (add'l) | 08/25/20 | J | | |
| 306.  --Cosan Ltd (CZZ) | A | Dividend | J | T | Sold (part) | 06/05/20 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 12/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. --ZTO Express Cayman (ZTO) | | None | J | T | | | | | |
| 308. --Federal Money Market Fund (Settlement Fund) | B | Interest | M | T | | | | | |
| 309. --GlaxoSmithKline (GSK) | A | Dividend | J | T | Buy (add'l) | 06/16/20 | J | | |
| 310. --Global X Lithium ETF (LIT) | A | Dividend | K | T | Buy (add'l) | 04/22/20 | J | | |
| 311. --Invesco Dynamic Lg Cap (PWB) | A | Dividend | K | T | Buy (add'l) | 03/11/20 | J | | |
| 312. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 313. --Invesco 500 (QQQ) | A | Dividend | K | T | Buy (add'l) | 03/24/20 | L | | |
| 314. | | | | | Sold (part) | 06/23/20 | L | | |
| 315. --iShares Nasdaq BioTech ETF (IBB) | A | Dividend | K | T | | | | | |
| 316. --High Yield Corp Bond (VWEAX) | C | Interest | L | T | | | | | |
| 317. --LexinFintech (LX) | | None | J | T | Buy (add'l) | 05/19/20 | J | | |
| 318. --Marvel Tech (MRVL) | A | Dividend | K | T | | | | | |
| 319. --Momo, Inc. (MOMO) | A | Dividend | J | T | Buy (add'l) | 01/28/20 | J | | |
| 320. | | | | | Sold (part) | 08/21/20 | J | | |
| 321. --Proshares S&P 500 Dividend Aristocrat ETF (NOBL) | A | Dividend | K | T | Buy (add'l) | 03/11/20 | J | | |
| 322. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 323. | | | | | Buy (add'l) | 03/25/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 12/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.  --Target Retirement 2025 (VTTVX) | B | Dividend | M | T | Buy<br>(add'l) | 03/10/20 | J | | |
| 325. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 326. | | | | | Buy<br>(add'l) | 03/19/20 | J | | |
| 327.  --Vanguard Inflation Prot. (VIPSX) | A | Dividend | K | T | Buy<br>(add'l) | 02/04/20 | J | | |
| 328. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 329.  --Vanguard S&P 500 ETF (VOO) | D | Dividend | N | T | | 04/09/20 | N | | |
| 330.  --Vanguard Short Term Inv (VFSUX) | C | Interest | M | T | | | | | |
| 331.  --VFIAX (500 Index) | D | Dividend | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 332. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 333. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 334. | | | | | | 04/09/20 | N | | |
| 335.  --VMMXX Money Market (cash acct.) | A | Interest | J | T | | | | | |
| 336.  Vanguard Joint Brokerage Acct (H) | | | | | | | | | |
| 337.  --Alpine (ALPP) | | None | O | T | Buy<br>(add'l) | 03/18/20 | J | | |
| 338. | | | | | Sold<br>(part) | 04/15/20 | J | C | |
| 339. | | | | | Buy<br>(add'l) | 08/20/20 | J | | |
| 340. | | | | | Sold<br>(part) | 09/01/20 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 12/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. | | | | | Sold<br>(part) | 10/29/20 | J | B | |
| 342. | | | | | Sold<br>(part) | 11/23/20 | J | D | |
| 343. | | | | | Sold<br>(part) | 11/23/20 | K | D | |
| 344. | | | | | Sold<br>(part) | 12/09/20 | K | E | |
| 345. | | | | | Sold<br>(part) | 12/23/20 | K | E | |
| 346. | | | | | Sold<br>(part) | 12/24/20 | L | E | |
| 347. | | | | | Sold<br>(part) | 12/30/20 | K | E | |
| 348.  --Capital One Bank CD | B | Interest | | | Redeemed | 08/19/20 | L | | |
| 349.  --Federal Money Mkt (holding acct) | A | Interest | M | T | | | | | |
| 350.  --Invesco Dynamic Lg Cap Growth ETF (PWB) | A | Dividend | K | T | Buy<br>(add'l) | 03/13/20 | J | | |
| 351. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 352.  --ishares MSCI Emerging Mkts Min Vol ETV (EEMV) | A | Dividend | K | T | | | | | |
| 353.  --Limited Term Tax Exempt Admiral Class (VMLUX) | A | Interest | L | T | Buy<br>(add'l) | 08/12/20 | M | | |
| 354. | | | | | Sold<br>(part) | 10/28/20 | L | | |
| 355.  --Proshares S&P 500 Dividend Aristocrat ETF (NOBL) | A | Dividend | K | T | Buy<br>(add'l) | 03/18/20 | J | | |
| 356.  --Vanguard Cash Reserves Fed. Money Mkt (VMMXX) (checking) | A | Interest | L | T | | | | | |
| 357.  --Vanguard Large Capital ETF (VV) | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Humrickhouse, Stephani W.** | 12/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.  --Vanguard S&P 500 Index ETF (VOO) | C | Dividend | M | T | Buy<br>(add'l) | 03/13/20 | J | | |
| 359. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 360. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 361.  Dogwood State Bank | | None | K | T | Buy | 10/10/20 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Humrickhouse, Stephani W.** | 12/06/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions

3. Filer was appointed Exxecutrix under Will of ▮▮▮▮▮▮▮. The estate has not yet been administered pending expiration of notice under state law.

4  Filer was named as Trustee under trust created under Will of ▮▮▮▮▮▮▮. Trust is not yet funded.

VII.  Investments and Trusts

Lines 14, 16, 18, 23, 24, 33 represent investments transferred in kind (not sold)  from closed Edward Jones Joint Account (line 117) into Etrade Brokerage Acct (line 3).

Line 46:  United Tech split into RTX, OTIS and Carrier on 4/7/2020

Line 101:  The Janney Montgomery Scott account (Line 193) was transferred in kind (not sold) to the Etrade Rollover IRA on 4/24/2020; stocks in the account on the date of transfer are reported on lines 107, 108, 109, 111, 116.

Line 254:  Invesco S&P Utility was acquired on 11/16/2018, but was erroneously omitted from prevous reports.

Line 325:  VFIAX (line 327), a mutual fund, was transferred in kind (not sold) to the ETF equivalent, VOO (line 325).

Line 327:  VFIAX (line 327) transferred in kind (not sold) to ETF equivalent (line 325).

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 12/06/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephani W. Humrickhouse**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544